THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM JENKINS, OSIA BERSEY and ADOLPH WEISS, Appellants.

(Argued February 10, 1931; decided February 19, 1931.)

*Harry Kopp* for appellants.

*Thomas C. T. Crain,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.